UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| **FREDERICK COLE,** | **JUDGMENT IN A CIVIL CASE** |
| Movant, | |
| vs. | |
| **UNITED STATES OF AMERICA,** | CASE NO: 14-1118-STA-egb |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Dismissing § 2255 Motion, Denying Certificate of Appealability, and Denying Leave To Appeal In Forma Pauperis entered on August 10, 2017, this cause is hereby DISMISSED.

APPROVED:

s/ S. Thomas Anderson
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 8/11/2017

THOMAS M. GOULD
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk